Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> AJITPAL SANGHERA, <br><br> Defendant. | NO. MJ20-251 <br><br> ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, AJITPAL SANGHERA, violated Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
U.S. v. SANGHERA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 16th day of May, 2020.

  *[signature]*
  Mary Alice Theiler
  United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 2
PENDING INITIAL APPEARANCE
U.S. v. SANGHERA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970