Chief Judge Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>AJITPAL SANGHERA,<br><br>                      Defendant. | CASE NO.  CR20-106 RSM<br><br>ORDER SETTING VIDEO TELECONFERENCE PLEA HEARING |

   Based on several General Orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, and the representations of defense counsel that Mr. Sanghera waives his right to be present in person in court for the entry of his plea pursuant to the plea agreement reached with the United States,

   IT IS THEREFORE ORDERED that a video-teleconference plea hearing be set before the magistrate judge as soon as possible.

   Dated this 25th day of March, 2021.

   [signature]
   RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

Order Setting Video Plea Hearing
*United States v. Sanghera;* CR20-106 RSM - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA. 98111
(206)626-1725