The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AJITPAL SANGHERA, <br> Defendant. | NO. CR20-106 RSM <br><br> **ORDER SEALING SENTENCING MEMORANDUM** <br><br> **(FILED UNDER SEAL)** |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the government's sentencing memorandum remain sealed until further order of this Court.

IT IS SO ORDERED on this 4th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Sanghera,* CR20-106 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970