Chief Judge Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR20-106 RSM |
| Plaintiff, | |
| v. | ORDER SETTING VIDEO TELECONFERENCE SENTENCING HEARING |
| AJITPAL SANGHERA, | |
| Defendant. | |

Based on several General Orders of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, and the representations of defense counsel that Mr. Sanghera waives his right to be present in person in court for his sentencing hearing,

IT IS THEREFORE ORDERED that a video-teleconference sentencing hearing be set for **Friday, October 8, 2021 at 1:00 PM.**

Dated this 4th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Setting Video Hearing
*United States v. Sanghera;* CR20-106 RSM - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA.  98111
(206)626-1725

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Setting Video Hearing
*United States v. Sanghera;* CR20-106 RSM - 2

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA. 98111
(206)626-1725