Chief Judge Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AJITPAL SANGHERA,<br><br>　　　　　　　Defendant. | CASE NO. CR20-106 RSM<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

Mr. Sanghera has moved for the termination of his two-year term of supervised release. On October 8, 2021 as part of his sentence, the Court ordered that Mr. Sanghera complete 150 hours of community service. The Court further ordered that upon completion of the 150 hours supervised release may be terminated. Mr. Sanghera's completion of the community service obligation has been verified by his probation officer.

IT IS THEREFORE ORDERED that Mr. Sanghera's term of supervised release is hereby terminated.

Dated this 13th day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
*United States v. Sanghera;* CR20-106 RSM - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA. 98111
(206)626-1725